UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Rashida Cain, | : |
| | : Civil Action No.: 2:14-cv-04486-BMS |
| Plaintiff, | : |
| v. | : |
| | : |
| Comcast Holdings Corporation, | : |
| | : |
| Defendant. | : |

FILED
NOV -3 2014
MICHAEL E. KUNZ, Clerk
By_____ Dep. Clerk

## STIPULATION OF DISMISSAL

WHEREAS, none of the parties to the above-captioned action is an infant or incompetent person; and

WHEREAS, the parties in the above-captioned action wish to discontinue the litigation;

IT IS HEREBY STIPULATED AND AGREED by and between the parties and/or their respective counsel as follows that, pursuant to FRCP 41(a)(1)(A)(ii), the above-captioned action is hereby dismissed in its entirety without prejudice and without costs to any party.

| Rashida Cain | Comcast Holdings Corporation |
|---|---|
| /s/ Jody B. Burton | /s/ Michael W. McTigue Jr. |
| Jody B. Burton, Esq. | Michael W. McTigue Jr., Esq. |
| Bar No.: 71681 | DRINKER BIDDLE & REATH LLP |
| LEMBERG LAW, LLC | Drinker Biddle & Reath LLP |
| 1100 Summer Street, 3rd Floor | One Logan Square, Suite 2000 |
| Stamford, CT 06905 | Philadelphia, PA 19103-6996 |
| (203) 653-2250 | (215) 988-2700 |
| Attorney for Plaintiff | Attorney for Defendant |

SO ORDERED

11-3-14